IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TIFFANY DARVILLE**                                                                 **PLAINTIFF**

**VS.**                       **CASE NO. 4:05CV00893**

**ARKANSAS DEPARTMENT OF HUMAN SERVICES, ET AL.**      **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the complaint in the above styled case be, and is hereby, dismissed.

IT IS SO ORDERED this __2__ day of April, 2007.

                                                              _/s/ James M. Moody_
                                                              James M. Moody
                                                              United States District Court